**Entered on Docket
April 06, 2011**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

FNBN RESCON I LLC
11-70150

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 10-52615-gwz |
|---|---|
| Annie T. Christian fdba Ani Home Care dba Annie Christian Real Estate Grp, LLC | Date: 3/15/2011<br>Time: 10:00 am |
| | Chapter 13 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is granted as to Secured Creditor FNBN RESCON I LLC, its assignees and/or successors in interest, regarding the subject property described as 245 W. Pueblo St., Reno, NV 89509.

///

///

| | |
|---|---|
| 1 | IT IS SO ORDERED this _____ day of _____, 2011. |
| 2 | Submitted by: |
| 3 | **TIFFANY & BOSCO, P.A** |
| 4 | |
| 5 | _____#10235_____ |
| 6 | **Gregory L. Wilde, Esq.**<br>Attorney for Secured Creditor |
| 7 | APPROVED / DISAPPROVED |
| 8 | |
| 9 | **Scott N. Tisevich**<br>Attorney for Debtor(s) |
| 10 | |
| 11 | APPROVED / DISAPPROVED |
| 12 | |
| 13 | **William A. Van Meter**<br>Chapter 13 Trustee |

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirements set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

___ approved the form of this order          ___ disapproved the form of this order

___ waived the right to review the order and/or     _X_ failed to respond to the document

___ appeared at the hearing, waived the right to review the order

___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

___ approved the form of this order          ___ disapproved the form of this order

___ waived the right to review the order and/or     _X_ failed to respond to the document

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor